## James Witkowsky et al., Appellees and Cross Appellants, v. Ravisloe Country Club, Appellant and Cross Appellee.

### Gen. No. 42,704.

Heard in the third division, first district, this court at the June term, 1943; opinion filed February 2, 1944. Jacobson, Nierman & Silbert, for appellant and cross appellee; Lewis F. Jacobson, of counsel; Wolff, Keane & Gomberg, for appellees and cross appellants; Allan I. Wolff, Jr., of counsel. Opinion by JUSTICE BURKE. Not to be published in full.